IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| COLLEEN J. BENTLEY,<br><br>　　Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE ASSETS TRUST, et al.,<br><br>　　Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO STRIKE MOTION TO DISMISS<br><br><br><br>Case No. 2:09-CV-588 TS |

Plaintiff moves to strike Defendants' Motion to Dismiss the Complaint on the ground that Plaintiff filed an amended complaint and therefore the Motion is moot.

The Court finds that on August 4, 2009, Defendant Bentley filed an Answer to the Complaint.[1] Therefore, pursuant to Fed.R.Civ.P. 15(a)(2), leave to amend was required before an amended complaint could be docketed. Accordingly, the proposed amended complaint was lodged[2] but not docketed. It is therefore

---

[1]Docket No. 8.

[2]Docket No. 9.

1

ORDERED that Plaintiff's Motion to Strike (Docket No. 8) the Motion to Dismiss is DENIED.

DATED   September 9, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge