IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| COLLEEN J. BENTLEY,<br><br>　　Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE ASSETS TRUST, et al.,<br><br>　　Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br><br>Case No. 2:09-CV-588 TS |

In accordance with the proceedings on the hearing on the Motion, it is therefore

ORDERED that Plaintiff's Motion for Summary Judgment (Docket No. 13) is DENIED WITHOUT PREJUDICE.

DATED   September 10, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge